# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2465 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 43 DB 2018 |
| | : | |
| v. | : | Attorney Registration No. 77632 |
| | : | |
| ERIC WILLIAM WASSEL, | : | (Luzerne County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of May, 2018, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Eric William Wassel is suspended on consent from the Bar of this Commonwealth for a period of two years. The suspension is stayed in its entirety, and he is placed on probation for a period of two years, subject to the following conditions:

1. Respondent shall not engage in conduct that is in violation of any federal, state or local statute or ordinance that provides for a possible sentence of imprisonment;

2. Respondent shall report to the Office of Disciplinary Counsel if he is charged with violations of any federal, state or local statute or ordinance that provides for a possible sentence of imprisonment;

3. Respondent shall not engage in conduct that is a violation of the Pennsylvania Rules of Professional Conduct or the Pennsylvania Rules of Disciplinary

Enforcement; more specifically, Respondent has escrowed the diverted funds regardless of his view or the merits of the dispute;

4. Respondent shall litigate the fee dispute with Fellerman & Ciarimboli Law Firm in good faith and comply with the terms of any settlement or final judgment; and

5. Respondent shall not engage in conduct that is in violation of the corresponding Rules of Professional Conduct in any other state where he obtains or maintains a law license.

Further, Respondent shall pay the costs incurred by the Disciplinary Board in the investigation and prosecution of this matter. *See* Pa.R.D.E. 208(g).